# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-40944
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 21, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MANUEL RIOS-OJEDA, also known as Jose Ortiz-Villarreal, also known as
Victor Flores-Huerta, also known as Ulises Garrido-Zambudio,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:16-CR-74-1

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Manuel Rios-Ojeda raises an
argument that is foreclosed by *United States v. Rodriguez-Salazar*, 768 F.3d
437 (5th Cir. 2014).  In *Rodriguez-Salazar*, 768 F.3d at 437-38, we rejected the
argument that the Texas offense of theft is broader than the generic,
contemporary definition of theft because the Texas offense, which includes

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 16-40944

theft by deception, may be committed by taking property with the owner's consent. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.